UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KERNZ GROUP FINE ARTS EXPRESS SERVICES, L.L.C.; KERNZ GROUP F.A.E., LLC; and INTERNATIONAL FINE ART LLC,<br><br>Defendants. | Case No. 4:26-cv-01617 |

**COMPLAINT**

COMES NOW the Plaintiff, United States of America, on behalf of the U.S. Department of Treasury ("Treasury") and the U.S. Small Business Administration ("SBA"), by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Anthony J. Debre, Assistant United States Attorney for said District, and for its Complaint and causes of action against Defendants, Kernz Group Fine Arts Express Services, L.L.C.; Kernz Group F.A.E., LLC; and International Fine Art LLC (collectively "Defendants"), states as follows:

**JURISDICTION**

1. This is a non-tax civil debt collection action, referred to the U.S. Department of Justice ("DOJ") for litigation under 31 U.S.C. § 3711(g)(4)(C), stemming from Defendants' failures to repay certain loans issued under the SBA 7(a) Loan Program. *See* 15 U.S.C. § 636(a); 31 U.S.C. § 3711(g)(4)(C) ("At the discretion of the Secretary of the Treasury, referral of a nontax claim may be made to […] the Department of Justice for litigation.").

2. This action is brought pursuant to the Debt Collection Improvement Act of 1996 ("DCIA"), 31 U.S.C. §§ 3701, *et seq*. and the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §§ 3001, *et seq.*

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1345.

**VENUE**

4. Venue is proper in the Eastern District of Missouri pursuant to 28 U.S.C. §1391.

5. Divisional venue is proper in the Eastern Division pursuant to this Court's Local Rule 2.07(A)(1).

**PARTIES**

6. Plaintiff is the United States of America, acting on behalf of Treasury and the SBA (collectively, the "United States").

7. Defendant Kernz Group Fine Arts Express Services, L.L.C. ("Express Services") is an active Missouri limited liability company, registered with the Missouri Secretary of State as Charter No. LC1073282, that conducts business in the State of Missouri, including within the boundaries of the Eastern District of Missouri with its principal place of business located in St. Louis, Missouri.

8. Defendant Kernz Group F.A.E., LLC ("F.A.E.") is an active Missouri limited liability company, registered with the Missouri Secretary of State as Charter No. LC0810786, that conducts business in the State of Missouri, including within the boundaries of the Eastern District of Missouri, with its principal place of business located in St. Louis, Missouri.

9. Defendant International Fine Art LLC ("International") is an active Missouri limited liability company, registered with the Missouri Secretary of State as Charter No. LC001511964,

that conducts business in the State of Missouri, including within the boundaries of the Eastern District of Missouri, with its principal place of business located in Manchester, Missouri.

**GENERAL ALLEGATIONS COMMON TO ALL COUNTS**

10. The SBA's 7(a) Loan Program provides financial assistance to small businesses. Under the program, borrowers may seek assistance (like lines of credit) from private lenders – such as Midwest Regional Bank and Scott Credit Union – with the SBA guaranteeing the loans. If a borrower defaults on any installment for more than 60 calendar days and the default is not cured, the lender may demand in writing that the SBA honor its guarantee and purchase the indebtedness from the lender. *See* 13 C.F.R. § 120.520(a).

**COUNT I – MONEY JUDGMENT FOR A DEBT – SBA LOAN # 7096275008**
**(United States v. Express Services and F.A.E.)**

11. The United States realleges and incorporates by reference all of the above paragraphs as if fully recited verbatim herein.

12. On June 12, 2015, Defendants Express Services and F.A.E. executed a promissory note as borrowers, and each became obligated to pay the lender, Midwest Regional Bank ("Midwest"), the amount of $349,000.00, plus interest and other amounts required pursuant to the terms of the promissory note, in return for a loan that was guaranteed, in part, by the SBA under SBA loan # 7096275008, which was issued under the SBA's 7(a) Loan Program. Attached hereto as Exhibit 1 is the promissory note executed by Defendants Express Services and F.A.E. on June 12, 2015.

13. On June 12, 2015, as part of this same SBA loan, Defendants Express Services and F.A.E. executed a commercial security agreement as grantors, and each granted to the lender Midwest a security interest in certain collateral described in the agreement, including all of their

inventory, equipment, and accounts. Attached hereto as Exhibit 2 is the commercial security agreement executed by Defendants Express Services and F.A.E. on June 12, 2015.

14. On June 12, 2015, as part of this same SBA loan, Defendant F.A.E. executed a second commercial security agreement as grantor, and F.A.E. granted to the lender Midwest a security interest in certain collateral described in the agreement, including multiple tractors, semis, and a trailer. Attached hereto as Exhibit 3 is the second commercial security agreement executed by Defendant F.A.E. on June 12, 2015.

15. On October 12, 2020, Defendants Express Services and F.A.E. became delinquent on the loan.

16. On March 22, 2022, Midwest executed an assignment in which Midwest assigned, granted, conveyed, and transferred to the SBA all right, title, and interest in SBA loan # 7096275008, including all loan documents, loan instruments, and any associated security instruments. Attached hereto as Exhibit 4 is the assignment executed by Midwest on March 22, 2022.

17. In the assignment, Midwest authorized the United States, on behalf of the SBA, "to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under [the DCIA] and/or any other remedies available at law or equity for collection of the Loan." *See* Exhibit 4. Midwest also assigned to the SBA certain judgments that Midwest had obtained against Defendants Express Services and F.A.E. in St. Louis County Circuit Court, Case No. 20SL-CC04576. *Id*.

18. As a result of the assignment, the SBA became holder of the promissory note, and Defendants Express Services and F.A.E. became indebted to the SBA.

19. On June 23, 2022, the SBA referred the debt to Treasury for collection.

20. In or about October 2022, Treasury referred this debt to Pioneer Credit Recovery, Inc., a private debt collection agency that attempted to collect the debt until July 2024.

21. Later, Treasury referred the debt to DOJ for litigation and collection.

22. Defendants Express Services and F.A.E. have been delinquent on this loan since October 12, 2020, and the debt owed to the United States remains outstanding.

23. Defendants Express Services and F.A.E. remain delinquent on this loan and owe an accruing "debt" to the United States as that term is defined by 31 U.S.C. § 3701(b)(1) and 28 U.S.C. § 3002(3). Therefore, the United States is entitled to recover a judgment on the debt, and any other necessary remedies in connection with such debt, pursuant to the provisions of the DCIA and the FDCPA, including 28 U.S.C. § 3001(a).

24. Defendants Express Services and F.A.E. are indebted to the United States in an amount exceeding $134,988.15, which includes the following:

a. a principal amount of $84,853.73;

b. interest of $18,247.46 that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. administrative fees of $31,886.96 that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1); and

d. various awardable costs as authorized by 28 U.S.C. § 2412(a)(2), to include court filing fees, as well as a 10% surcharge of the amount of the debt as authorized by 28 U.S.C. § 3011(a).

Attached hereto as Exhibit 5 is the Certificate of Indebtedness dated September 23, 2026 – executed by Ashleigh Edmonds, a Financial Program Specialist at Treasury – evidencing this debt and the amounts due by Defendants Express Services and F.A.E.

WHEREFORE, the Plaintiff United States of America, on behalf of the U.S. Department of Treasury and the U.S. Small Business Administration, prays for a money judgment against Defendants Kernz Group Fine Arts Express Services, L.L.C. and Kernz Group F.A.E., LLC in the following amounts:

a. $84,853.73 in principal;

b. $18,247.46 in interest that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. $31,886.96 in administrative fees that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1);

d. A 10% surcharge of the amount of the debt, as described in the preceding Paragraphs (a) through (c) above, as authorized by 28 U.S.C. § 3011(a);

e. Applicable costs and court filing fees accrued while pursuing this action as authorized by 28 U.S.C. § 2412(a)(2);

f. Post-judgment interest starting on the date the judgment is entered and accruing thereafter at the interest rate identified in 28 U.S.C. §§ 1961(a) and (b); and

g. Any further relief this Court deems proper.

**COUNT II – MONEY JUDGMENT FOR A DEBT – SBA LOAN # 7754725004**
**(United States v. Express Services and F.A.E.)**

25. The United States realleges and incorporates by reference all of the above paragraphs as if fully recited verbatim herein.

26. On August 24, 2015, Defendants Express Services and F.A.E. executed a promissory note as borrowers, and each became obligated to pay the lender, Midwest, the amount of $208,000.00, plus interest and other amounts required pursuant to the terms of the promissory note, in return for a loan that was guaranteed, in part, by the SBA under SBA loan # 7754725004, which was issued under the SBA's 7(a) Loan Program. Attached hereto as Exhibit 6 is the promissory note executed by Defendants Express Services and F.A.E. on August 24, 2015.

27. On August 24, 2015, as part of this same SBA loan, Defendants Express Services and F.A.E. executed a commercial security agreement as grantors, and each granted to the lender Midwest a security interest in certain collateral described in the agreement, including all of their inventory, equipment, and accounts. Attached hereto as Exhibit 7 is the commercial security agreement executed by Defendants Express Services and F.A.E. on August 24, 2015.

28. On October 24, 2020, Defendants Express Services and F.A.E. became delinquent on the loan.

29. On March 22, 2022, Midwest executed an assignment in which Midwest assigned, granted, conveyed, and transferred to the SBA all right, title, and interest in SBA loan # 7754725004, including all loan documents, loan instruments, and any associated security

instruments. Attached hereto as Exhibit 8 is the assignment executed by Midwest on March 22, 2022.

30. In the assignment, Midwest authorized the United States, on behalf of the SBA, "to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under [the DCIA] and/or any other remedies available at law or equity for collection of the Loan." *See* Exhibit 8. Midwest also assigned to the SBA certain judgments that Midwest had obtained against Defendants Express Services and F.A.E. in St. Louis County Circuit Court, Case No. 20SL-CC04576. *Id.*

31. As a result of the assignment, the SBA became holder of the promissory note, and Defendants Express Services and F.A.E. became indebted to the SBA.

32. On June 23, 2022, the SBA referred the debt to Treasury for collection.

33. In or about October 2022, Treasury referred this debt to Pioneer Credit Recovery, Inc., a private debt collection agency that attempted to collect the debt until July 2024.

34. Later, Treasury referred the debt to DOJ for litigation and collection.

35. Defendants Express Services and F.A.E. have been delinquent on this loan since October 24, 2020, and the debt owed to the United States remains outstanding.

36. Defendants Express Services and F.A.E. remain delinquent on this loan and owe an accruing "debt" to the United States as that term is defined by 31 U.S.C. § 3701(b)(1) and 28 U.S.C. § 3002(3). Therefore, the United States is entitled to recover a judgment on the debt, and any other necessary remedies in connection with such debt, pursuant to the provisions of the DCIA and the FDCPA, including 28 U.S.C. § 3001(a).

37. Defendants Express Services and F.A.E. are indebted to the United States in an amount exceeding $198,273.97, which includes the following:

a. a principal amount of $119,543.93;

b. interest of $31,893.67 that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. administrative fees of $46,836.37 that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1); and

d. various awardable costs as authorized by 28 U.S.C. § 2412(a)(2), to include court filing fees, as well as a 10% surcharge of the amount of the debt as authorized by 28 U.S.C. § 3011(a).

Attached hereto as Exhibit 9 is the Certificate of Indebtedness dated September 23, 2026 – executed by Ashleigh Edmonds, a Financial Program Specialist at Treasury – evidencing this debt and the amounts due by Defendants Express Services and F.A.E.

WHEREFORE, the Plaintiff United States of America, on behalf of the U.S. Department of Treasury and the U.S. Small Business Administration, prays for a money judgment against Defendants Kernz Group Fine Arts Express Services, L.L.C. and Kernz Group F.A.E., LLC in the following amounts:

a. $119,543.93 in principal;

b. $31,893.67 in interest that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. $46,836.37 in administrative fees that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1);

d. A 10% surcharge of the amount of the debt, as described in the preceding Paragraphs (a) through (c) above, as authorized by 28 U.S.C. § 3011(a);

e. Applicable costs and court filing fees accrued while pursuing this action as authorized by 28 U.S.C. § 2412(a)(2);

f. Post-judgment interest starting on the date the judgment is entered and accruing thereafter at the interest rate identified in 28 U.S.C. §§ 1961(a) and (b); and

g. Any further relief this Court deems proper.

**COUNT III – MONEY JUDGMENT FOR A DEBT – SBA LOAN # 9325215005**
**(United States v. Express Services and F.A.E.)**

38. The United States realleges and incorporates by reference all of the above paragraphs as if fully recited verbatim herein.

39. On May 1, 2017, Defendants Express Services and F.A.E. executed a promissory note as borrowers, and each became obligated to pay the lender, Scott Credit Union ("Scott"), the amount of $416,000.00, plus interest and other amounts required pursuant to the terms of the promissory note, in return for a loan that was guaranteed, in part, by the SBA under SBA loan # 9325215005, which was issued under the SBA's 7(a) Loan Program. Attached hereto as Exhibit 10 is the promissory note executed by Defendants Express Services and F.A.E. on May 1, 2017.

40. On May 1, 2017, as part of this same SBA loan, Defendant Express Services executed a commercial security agreement as grantor, and Express Services granted to the lender Scott a security interest in certain collateral described in the agreement, including all of its inventory, equipment, and accounts. Attached hereto as Exhibit 11 is the commercial security agreement executed by Defendant Express Services on May 1, 2017.

41. On May 1, 2017, as part of this same SBA loan, Defendant F.A.E. executed a commercial security agreement as grantor, and F.A.E. granted to the lender Scott a security interest in certain collateral described in the agreement, including a 2016 Kenworth Tractor. Attached hereto as Exhibit 12 is the commercial security agreement executed by Defendant F.A.E. on May 1, 2017.

42. On October 26, 2020, Defendants Express Services and F.A.E. became delinquent on the loan.

43. On June 22, 2022, Scott executed an assignment in which Scott assigned, granted, conveyed, and transferred to the SBA all right, title, and interest in SBA loan # 9325215005, including all loan documents, loan instruments, and any associated security instruments. Attached hereto as Exhibit 13 is the assignment executed by Scott on June 22, 2022.

44. In the assignment, Scott authorized the United States, on behalf of the SBA, "to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under [the DCIA] and/or any other remedies available at law or equity for collection of the Loan." *See* Exhibit 13.

45. As a result of the assignment, the SBA became holder of the promissory note, and Defendants Express Services and F.A.E. became indebted to the SBA.

46. On December 28, 2022, the SBA referred the debt to Treasury for collection.

47. In or about August 2023, Treasury referred this debt to Pioneer Credit Recovery, Inc., a private debt collection agency that attempted to collect the debt until July 2024.

48. Later, Treasury referred the debt to DOJ for litigation and collection.

49. Defendants Express Services and F.A.E. have been delinquent on this loan since October 26, 2020, and the debt owed to the United States remains outstanding.

50. Defendants Express Services and F.A.E. remain delinquent on this loan and owe an accruing "debt" to the United States as that term is defined by 31 U.S.C. § 3701(b)(1) and 28 U.S.C. § 3002(3). Therefore, the United States is entitled to recover a judgment on the debt, and any other necessary remedies in connection with such debt, pursuant to the provisions of the DCIA and the FDCPA, including 28 U.S.C. § 3001(a).

51. Defendants Express Services and F.A.E. are indebted to the United States in an amount exceeding $548,314.25, which includes the following:

a. a principal amount of $ 338,902.95;

b. interest of $79,888.25 that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. administrative fees of $129,523.05 that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1); and

d. various awardable costs as authorized by 28 U.S.C. § 2412(a)(2), to include court filing fees, as well as a 10% surcharge of the amount of the debt as authorized by 28 U.S.C. § 3011(a).

*See* Exhibit 5 evidencing this debt and the amounts due by Defendants Express Services and F.A.E.

WHEREFORE, the Plaintiff United States of America, on behalf of the U.S. Department of Treasury and the U.S. Small Business Administration, prays for a money judgment against Defendants Kernz Group Fine Arts Express Services, L.L.C. and Kernz Group F.A.E., LLC in the following amounts:

a. $338,902.95 in principal;

b. $79,888.25 in interest that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. $129,523.05 in administrative fees that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1);

d. A 10% surcharge of the amount of the debt, as described in the preceding Paragraphs (a) through (c) above, as authorized by 28 U.S.C. § 3011(a);

e. Applicable costs and court filing fees accrued while pursuing this action as authorized by 28 U.S.C. § 2412(a)(2);

f. Post-judgment interest starting on the date the judgment is entered and accruing thereafter at the interest rate identified in 28 U.S.C. §§ 1961(a) and (b); and

g. Any further relief this Court deems proper.

**COUNT IV – MONEY JUDGMENT FOR A DEBT – SBA LOAN # 9325235000**
**(United States v. Express Services and International)**

52. The United States realleges and incorporates by reference all of the above paragraphs as if fully recited verbatim herein.

53. On May 1, 2017, Defendants Express Services and International executed a promissory note as borrowers, and each became obligated to pay the lender, Scott, the amount of $380,000.00, plus interest and other amounts required pursuant to the terms of the promissory note, in return for a loan that was guaranteed, in part, by the SBA under SBA loan # 9325235000, which was issued under the SBA's 7(a) Loan Program. Attached hereto as Exhibit 14 is the promissory note executed by Defendants Express Services and International on May 1, 2017.

54. On May 1, 2017, as part of this same SBA loan, Defendant Express Services executed a commercial security agreement as grantor, and Express Services granted to the lender Scott a security interest in certain collateral described in the agreement. Attached hereto as Exhibit 15 is the commercial security agreement executed by Defendant Express Services on May 1, 2017.

55. On May 1, 2017, as part of this same SBA loan, Defendant International executed a commercial security agreement as grantor, and International granted to the lender Scott a security interest in certain collateral described in the agreement. Attached hereto as Exhibit 16 is the commercial security agreement executed by Defendant International on May 1, 2017.

56. On October 20, 2020, Defendants Express Services and International became delinquent on the loan.

57. On September 10, 2021, Scott executed an assignment in which Scott assigned, granted, conveyed, and transferred to the SBA all right, title, and interest in SBA loan # 9325235000, including all loan documents, loan instruments, and any associated security

instruments. Attached hereto as Exhibit 17 is the assignment executed by Scott on September 10, 2021.

58. In the assignment, Scott authorized the United States, on behalf of the SBA, "to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under [the DCIA] and/or any other remedies available at law or equity for collection of the Loan." *See* Exhibit 17.

59. As a result of the assignment, the SBA became holder of the promissory note, and Defendants Express Services and International became indebted to the SBA.

60. On June 22, 2022, the SBA referred the debt to Treasury for collection.

61. In or about October 2022, Treasury referred this debt to Pioneer Credit Recovery, Inc., a private debt collection agency that attempted to collect the debt until March 2023.

62. Later, Treasury referred the debt to DOJ for litigation and collection.

63. Defendants Express Services and International have been delinquent on this loan since October 20, 2020, and the debt owed to the United States remains outstanding.

64. Defendants Express Services and International remain delinquent on this loan and owe an accruing "debt" to the United States as that term is defined by 31 U.S.C. § 3701(b)(1) and 28 U.S.C. § 3002(3). Therefore, the United States is entitled to recover a judgment on the debt, and any other necessary remedies in connection with such debt, pursuant to the provisions of the DCIA and the FDCPA, including 28 U.S.C. § 3001(a).

65. Defendants Express Services and International are indebted to the United States in an amount exceeding $485,253.41, which includes the following:

a. a principal amount of $316,960.44;

b. interest of $53,666.18 that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. administrative fees of $114,626.79 that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1); and

d. various awardable costs as authorized by 28 U.S.C. § 2412(a)(2), to include court filing fees, as well as a 10% surcharge of the amount of the debt as authorized by 28 U.S.C. § 3011(a).

Attached hereto as Exhibit 18 is the Certificate of Indebtedness dated September 23, 2026 – executed by Ashleigh Edmonds, a Financial Program Specialist at Treasury – evidencing this debt and the amounts due by Defendants Express Services and International.

WHEREFORE, the Plaintiff United States of America, on behalf of the U.S. Department of Treasury and the U.S. Small Business Administration, prays for a money judgment against Defendants Kernz Group Fine Arts Express Services, L.L.C. and International Fine Art LLC in the following amounts:

a. $316,960.44 in principal;

b. $53,666.18 in interest that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 6.00% daily as required by 31 U.S.C. § 3717(a);

c. $ 114,626.79 in administrative fees that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to

accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1);

d. A 10% surcharge of the amount of the debt, as described in the preceding Paragraphs (a) through (c) above, as authorized by 28 U.S.C. § 3011(a);

e. Applicable costs and court filing fees accrued while pursuing this action as authorized by 28 U.S.C. § 2412(a)(2);

f. Post-judgment interest starting on the date the judgment is entered and accruing thereafter at the interest rate identified in 28 U.S.C. §§ 1961(a) and (b); and

g. Any further relief this Court deems proper.

**COUNT V – MONEY JUDGMENT FOR A DEBT – SBA LOAN # 1431967007**
**(United States v. International and Express Services)**

66. The United States realleges and incorporates by reference all of the above paragraphs as if fully recited verbatim herein.

67. On November 21, 2017, Defendant International executed a promissory note as borrower, and became obligated to pay the lender, Scott, the amount of $200,000.00, plus interest and other amounts required pursuant to the terms of the promissory note, in return for a loan that was guaranteed, in part, by the SBA under SBA loan # 1431967007, which was issued under the SBA's 7(a) Loan Program. Attached hereto as Exhibit 19 is the promissory note executed by Defendant International on November 21, 2017.

68. On November 21, 2017, as part of this same SBA loan, Defendant International executed a commercial security agreement as grantor, and International granted to the lender Scott a security interest in certain collateral described in the agreement, including all of its inventory, equipment, and accounts. Attached hereto as Exhibit 20 is the commercial security agreement executed by Defendant International on November 21, 2017.

69. On November 21, 2017, as part of this same SBA loan, Defendant Express Services executed as guarantor a commercial guaranty, in which Express Services "absolutely and unconditionally guarantees full and punctual payment and satisfaction of the Indebtedness of [International] to [Scott], and the performance and discharge of all [International's] obligations under the Note and the Related Documents." Attached hereto as Exhibit 21 is the commercial guaranty executed by Defendant Express Services on November 21, 2017.

70. On October 21, 2020, Defendants International and Express Services became delinquent on the loan.

71. On September 10, 2021, Scott executed an assignment in which Scott assigned, granted, conveyed, and transferred to the SBA all right, title, and interest in SBA loan # 1431967007, including all loan documents, loan instruments, and any associated security instruments. Attached hereto as Exhibit 22 is the assignment executed by Scott on September 10, 2021.

72. In the assignment, Scott authorized the United States, on behalf of the SBA, "to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under [the DCIA] and/or any other remedies available at law or equity for collection of the Loan." *See* Exhibit 22.

73. As a result of the assignment, the SBA became holder of the promissory note, and Defendants International and Express Services became indebted to the SBA.

74. On June 22, 2022, the SBA referred the debt to Treasury for collection.

75. In or about October 2022, Treasury referred this debt to Pioneer Credit Recovery, Inc., a private debt collection agency that attempted to collect the debt until July 2024.

76. Later, Treasury referred the debt to DOJ for litigation and collection.

77. Defendants International and Express Services have been delinquent on this loan since October 21, 2020, and the debt owed to the United States remains outstanding.

78. Defendants International and Express Services remain delinquent on this loan and owe an accruing "debt" to the United States as that term is defined by 31 U.S.C. § 3701(b)(1) and 28 U.S.C. § 3002(3). Therefore, the United States is entitled to recover a judgment on the debt, and any other necessary remedies in connection with such debt, pursuant to the provisions of the DCIA and the FDCPA, including 28 U.S.C. § 3001(a).

79. Defendants International and Express Services are indebted to the United States in an amount exceeding $321,132.27, which includes the following:

a. a principal amount of $181,419.54;

b. interest of $63,854.71 that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 7.25% daily as required by 31 U.S.C. § 3717(a);

c. administrative fees of $75,858.02 that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1); and

d. various awardable costs as authorized by 28 U.S.C. § 2412(a)(2), to include court filing fees, as well as a 10% surcharge of the amount of the debt as authorized by 28 U.S.C. § 3011(a).

*See* Exhibit 18 evidencing this debt and the amounts due by Defendants International and Express Services.

WHEREFORE, the Plaintiff United States of America, on behalf of the U.S. Department of Treasury and the U.S. Small Business Administration, prays for a money judgment against Defendants International Fine Art LLC and Kernz Group Fine Arts Express Services, L.L.C. in the following amounts:

a. $181,419.54 in principal;

b. $63,854.71 in interest that has accrued through September 23, 2026, plus additional sums owed in interest that have accrued since then and continue to accrue at 7.25% daily as required by 31 U.S.C. § 3717(a);

c. $75,858.02 in administrative fees that have accrued through September 23, 2026, which include delinquent penalty charges that have accrued and will continue to accrue under 31 U.S.C. § 3717(e)(2), and other charges that are authorized by and will continue to accrue under 31 U.S.C. §§ 3711(g)(6) and 3717(e)(1);

d. A 10% surcharge of the amount of the debt, as described in the preceding Paragraphs (a) through (c) above, as authorized by 28 U.S.C. § 3011(a);

e. Applicable costs and court filing fees accrued while pursuing this action as authorized by 28 U.S.C. § 2412(a)(2);

f. Post-judgment interest starting on the date the judgment is entered and accruing thereafter at the interest rate identified in 28 U.S.C. §§ 1961(a) and (b); and

g. Any further relief this Court deems proper.

DATED: October 8, 2026

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Anthony J. Debre*
ANTHONY J. DEBRE #67612 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200 office
(314) 539-2196 fax
anthony.debre@usdoj.gov