U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMINISTRATION
CHIEF INFORMATION OFFICER
CERTIFICATE OF INDEBTEDNESS

Kernz Group Fine Arts Express
4132 Shoreline Dr
Ste A
Earth City, MO 63045
**EIN: 27-3093785**

Kernz Group FAE, LLC
1401 Bruley St
Neillsville, WI 54456
**EIN:20-8726682**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Small Business Administration (SBA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the two(2) debts owed by Kernz Group Fine Arts Express and Kernz Group FAE, LLC (DEBTOR) to SBA.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of SBA based on his/her knowledge at or near the time the events were recorded, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded. Treasury's regular business practice is to receive, store and rely on the documents provided by SBA, when debts are referred to Treasury for collection activities, including litigation. Further, I certify that I am familiar with Treasury's record keeping practice, including the receipt of files from SBA.

**Debt #1 – TRFM15937146**
On May 1, 2017, the DEBTOR executed a promissory note and unconditional guarantee loan agreement for $416,000.00, with interest accruing at variable rates, except as otherwise provided within the Promissory Note with Scott Credit Union(LENDER).

The DEBTOR became delinquent on the obligation on October 26, 2020, with a balance due of $338,902.95, due to the delinquency the SBA had to pay the guaranteed 6.00% and became holder of the Note. SBA referred the debt to Treasury for collection on December 28, 2022.

GOVERNMENT EXHIBIT 5

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMINISTRATION
CHIEF INFORMATION OFFICER
CERTIFICATE OF INDEBTEDNESS

On August 12, 2024, Treasury referred the debt to DOJ for litigation and collection with a principal amount due of $338,902.95 & daily interest of $ 55.71. As of September 23, 2026, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 338,902.95 |
| Interest(@6.00%): | $ 79,888.25 |
| Admin Fees: | $ 129,523.05 |
| **Total:** | **$ 548,314.25** |

**Debt #2 – TRFM14973348**

On June 12, 2015, the DEBTOR executed a promissory note and unconditional guarantee loan agreement for $349,000.00, with interest accruing at variable rates, except as otherwise provided within the Promissory Note with Midwest Regional Bank(LENDER).

The DEBTOR became delinquent on the obligation on October 12, 2020, with a balance due of $84,853.73, due to the delinquency the SBA had to pay the guaranteed 6.00% and became holder of the Note. SBA referred the debt to Treasury for collection on June 23, 2022.

On August 12, 2024, Treasury referred the debt to DOJ for litigation and collection with a principal amount due of $84,853.73 & daily interest of $ 13.95. As of September 23, 2026, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $ 84,853.73 |
| Interest(@6.00%): | $ 18,247.46 |
| Admin Fees: | $ 31,886.96 |
| **Total:** | **$ 134,988.15** |

The balance(s) stated in the two(2) debts listed above totaling **$683,302.40** are current as of September 23, 2026 including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees (pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note).

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. SMALL BUSINESS ADMINISTRATION
CHIEF INFORMATION OFFICER
CERTIFICATE OF INDEBTEDNESS

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by SBA and information contained in Treasury's records.

9/23/2026

X Ashleigh Edmonds

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date: September 23, 2026