# ASSIGNMENT

U.S. Small Business Administration

FOR VALUE RECEIVED, in accordance with SBA Form 750 executed by

Name of Lender: Midwest Regional Bank

("Lender" or "Assignor"), and in accordance with Loan Program Requirements, as that term is defined in 13 C.F.R. Part 120, Lender assigns, grants, conveys and transfers to the Assignee, the U.S. Small Business Administration ("SBA"), all right, title and interest in and to SBA 7(a) Loan Number: 7754725004 made to Name of Borrower: KERNZ GROUP F.A.E.S. on Date: 8/24/2015 including all Loan Documents, Loan Instruments, and any associated security instruments, mortgages or deeds of trust (the "Loan"). *See attached addendum.

Assignor authorizes the United States of America on behalf of the SBA to ask, demand, receive, collect, sue and take all lawful actions for recovery of the moneys due or to become due on this Loan, and further that the United States of America on behalf of the SBA may avail itself of its remedies under 31 U.S.C. § 3701, *et seq*., and/or any other remedies available at law or equity for collection of the Loan and the claim or debt evidenced by the Loan.

Assignor has not done and will not do anything to hinder or prevent the United States of America on behalf of the SBA from enforcing recovery on this Loan. Assignor agrees to timely execute such other documents as are requested by SBA to effectuate recordation or as otherwise requested by SBA to assist it in collection of the Loan. In the event that after the date hereof, Assignor receives any payment or any value of any kind with respect to the Loan or obligations secured or evidenced thereby, Assignor shall hold the same in trust for Assignee and shall immediately deliver the guaranteed share to Assignee. The Assignor agrees that SBA reserves all rights and authority under 13 C.F.R. Part 120, including without limitation under 13 C.F.R. § 120.524. This Assignment shall be interpreted and construed under federal law.

The Assignor's address is:

Lender Name: Midwest Regional Bank
Address: 363 Festus Centre Drive
City: Festus
State: MO
Zip: 63028

GOVERNMENT EXHIBIT
8

The Assignee address is: United States of America, Small Business Administration,
(Please mark the applicable address)

☐ National Guaranty Purchase Center (NGPC)
1145 Herndon Parkway Suite 900
Herndon, VA 20170

☐ Commercial Loan Service Center (CLSC) - AR
2120 Riverfront Drive Suite 100
Little Rock, AR 72202

☒ Commercial Loan Service Center (CLSC) - CA
801 R Street Suite 101
Fresno, CA 93721

In witness whereof, Lender, through its authorized representative and officer listed below, has executed this instrument on Date: 3/22/2022

Name of Lender: Midwest Regional Bank

BY: C. Felix

[Signature of Authorized Representative]

Print Name/Title: Christina Felix/SBA Special Asset & Servicing Officer
Address: 363 Festus Centre Drive
City: Festus
State: MO
Zip Code: 63028

Signed, sealed and delivered in the presence of: [signature]

NOTARY PUBLIC

Commission Expires: 7-27-24

DEBORAH O SENA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19964012569
MY COMMISSION EXPIRES JULY 27, 2024

**Addendum**

☒ Lender Midwest Regional Bank also assigns the following judgment(s) obtained on the underlying Loan ("Judgment"):

Against: Kernz Group F.A.E., LLC and Kernz Group Fine Ar

Court: St. Louis County, State of Missouri

Index No./Case No. 20SL-CC04576

Date: 5/12/2021

Amount: $ 397,375.2

☒ A portion of the underlying obligation that resulted in the Judgment was a loan that was not guaranteed by the SBA. Therefore, Lender retains the sum of $ 183,627.54 that was awarded in the Judgment.

Lender understands that certain jurisdictions may require additional actions to assign judgments, and Lender agrees to take further actions as appropriate, if requested by Assignee.

FILED
05-12-2021
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| MIDWEST REGIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>KERNZ GROUP FINE ARTS EXPRESS SERVICES, LLC, et al.<br><br>Defendants. | Cause No.: 20SL-CC04576<br><br>Division: 19 |

**JUDGMENT**

CAUSE CALLED on Plaintiff's Motion for Summary Judgment and Defendants' respective Motions for Leave to File their Responses to Plaintiff's Motion for Summary Judgment Out of Time (collectively, "**Defendants' Motions**"). Plaintiff appears by counsel, Paul C. Hamill. Defendants Kernz Group Fine Arts Express Services, LLC and Kernz Group F.A.E., LLC appear by counsel, Drew Bollinger. The Court, after hearing argument of counsel, having reviewed the pleadings and relevant pleadings and being fully advised in the premises, rules as follows:

1. Defendants' Motions for Leave to File their Responses to Plaintiff's Motion for Summary Judgment out of Time are hereby **GRANTED**.

2. Plaintiff's Motion for Summary Judgment against Defendants Kernz Group Fine Arts Express Services, LLC ("KGFAES" and Kernz Group F.A.E., LLC ("KGFAE") is **GRANTED** and judgment is entered as follows:

A. On Count I (Bank Loan #10208498) of the Petition, judgment is entered in favor of Plaintiff and against Defendants KGFAES and KGFAE, jointly and severally, in the principal sum of $84,889.56, interest at the rate of 6.0% per

annum up to May 11, 2021 in the amount of $4,147.25 and late charges in the amount of $522.42 for a total judgment on Count I in the amount of $89,559.23; and

B. On Count III (Bank Loan #10209305) of the Petition, judgment is entered in favor of Plaintiff and against Defendants KGFAES and KGFAE, jointly and severally, in the principal sum of $119,544.05, interest at the rate of 6.0% per annum up to May 11, 2021 in the amount of $4,522.74 and late charges in the amount of $121.64 for a total judgment on Count III in the amount of $124,188.43; and

C. On Count V (Bank Loan #10213028) of the Petition, judgment is entered in favor of Plaintiff and against Defendant KGFAE only in the principal sum of $174,202.74, interest at the rate of 9.5% per annum up to May 11, 2021 in the amount of $9,380.31 and late charges in the amount of $44.52 for a total judgment on Count V in the amount of $183,627.54.

3. Court costs are taxed against KGFAES and KGFAE.

4. Finality of Judgment. The Judgment entered herein shall not be deemed final until the Court has considered and ruled upon the application of Plaintiff for an award of attorney's fees as requested in its Petition. This judgment shall become final upon entry of a final judgment on Plaintiff's request for an award of attorney's fees. The Court will take up Plaintiff's request for attorney's fees on May 21, 2021 at 11:30 a.m., via Web Ex, by consent of the parties.

**SO ORDERED this 11th day of May, 2021**

Thomas C. Albus

Judge Thomas C. Albus
Div. 19, Circuit Court of St. Louis County

FILED
5/26/2021
JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | |
|---|---|
| MIDWEST REGIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>KERNZ GROUP FINE ARTS EXPRESS SERVICES, LLC, et al.<br><br>Defendants. | Cause No.: 20SL-CC04576<br><br>Division: 19 |

**JUDGMENT**

CAUSE CALLED on Plaintiff's Motion for Attorney's Fees. Plaintiff appears by counsel, Paul C. Hamill. Defendants Kernz Group Fine Arts Express Services, LLC and Kernz Group F.A.E., LLC (collectively, "**Defendants**") appear by counsel, Drew Bollinger. The Court, having previously entered Judgment in favor of Plaintiff and against Defendants pursuant to Plaintiff's Motions for Summary Judgment, now takes up Plaintiff's request for an award of attorney's fees. Evidence is adduced and the Court admits Plaintiff's Motion for Attorney's Fees and the Affidavit of Paul C. Hamill, attached thereto as an exhibit, into evidence. Upon the evidence adduced, the argument of counsel and review of the relevant pleadings and being fully advised in the premises, the Court rules as follows:

1. The Court **GRANTS** Plaintiff's Motion for Attorney's Fees over Defendants' objection with respect to fees and costs related to defendant, Lawrence Kernz, who was never served with the lawsuit.

2. **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $13,687.50 as and for attorney's fees.

3. **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims and controversies between the parties have now been resolved and the Judgment is final for purposes of appeal.

**SO ORDERED:**

Thomas C. Albus 5-26-2021

Judge Thomas C. Albus
Div. 19, Circuit Court of St. Louis County